STEVEN L. FRIEDLANDER (SBN 154146)
JULIAN PARDO DE ZELA (SBN 246496)
GALEN P. SALLOMI (SBN 306743)
SV EMPLOYMENT LAW FIRM PC
160 Bovet Road, Suite 401
San Mateo, CA 94402
Telephone: (650) 265-0222
Facsimile: (650) 265-0223
Email: sfriedlander@svelf.com
julian.pardo.de.zela@svelf.com
gsallomi@svelf.com

RICHARD A. GRIMM (SBN 177463)
LAW OFFICE OF RICHARD GRIMM
2391 The Alameda, Suite 200
Santa Clara, CA 95050
Telephone (650) 248-5487
Facsimile (650) 618-9856
Email: richard@richardgrimm.com

Attorneys for Plaintiff JEFFREY SANTELICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SANTELICES,<br><br>Plaintiff,<br><br>vs.<br><br>APTTUS CORPORATION; PROJECT EVEREST PARENT, LLC; PROJECT EVEREST HOLDINGS, LLC; and DOES 1 through 50,<br><br>Defendants. | Case No. 4:19-cv-07414-HSG<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME AND ORDER PURSUANT TO CIVIL L.R. 6-2**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Notice of Removal Filed: November 8, 2019 |

Pursuant to Civil L.R. 6-2, Plaintiff Jeffrey Santelices ("Plaintiff") and Defendants Apttus Corporation, Project Everest Holdings, LLC and Project Everest Parent, LLC (collectively, "Defendants") hereby stipulate and jointly request that the Court enter an Order extending the time for filing an Opposition to, and Reply in support of, Defendants' Motion to Dismiss Plaintiff's First Amended Complaint for *Forum*

1

*Non Conveniens* and Pursuant to FRCP 12(b)(6), filed November 15, 2019 ("Motion to Dismiss"). Dkt. 19.

Plaintiff's First Amended Complaint ("FAC") was filed in San Mateo County Superior Court on October 10, 2019. Defendants filed their Notice of Removal in this Court on November 8, 2019. Dkt. 1. On November 15, 2019, Defendants filed the Motion to Dismiss. Dkt 19. The hearing date for the Motion to Dismiss is January 30, 2020.

Pursuant to Local Rule 7-3(a), Plaintiff's Opposition to the Motion to Dismiss is due on Friday, November 29, the day after Thanksgiving, and the Reply is due December 6, 2019. Local Rule 7-3(c). Due to the Thanksgiving, Hannukah, and Christmas holidays, and the fact the hearing on the Motion to Dismiss is not scheduled until January 30, 2020, the parties believe good cause exists for an extension of time for filing both Plaintiff's Opposition to the Motion to Dismiss and Defendants' Reply in support of the Motion to Dismiss. (¶ 5, Pardo de Zela Decl.)

The parties have agreed to move the deadline to file the Opposition from November 29, 2019 to December 13, 2019, and to move the deadline to file a Reply from December 6, 2019 to January 3, 2020. *Id.*, ¶ 6.

The Parties therefore request the following changes to the current deadlines / schedule:

| **Event** (per F.R.C.P. 6(c).) | **Current Date** | **Proposed New Date** |
|---|---|---|
| Deadline for Opposition to Motion to Dismiss | November 29, 2019 | December 13, 2019 |
| Deadline for Reply in support of Motion to Dismiss | December 6, 2019 | January 3, 2020 |
| Hearing on Motion to Dismiss | January 30, 2020 | No change |
| Case Management Statement Due | February 4, 2020 | No change |
| Initial Case Management Conference | February 11, 2020 | No change |

There have not been any previous time modifications in this matter, whether by stipulation or Court order. (¶ 7, Pardo de Zela Decl.)

**IT IS SO STIPULATED.**

Dated: November 22, 2019          SV EMPLOYMENT LAW FIRM PC


                                  By:  /s/ *Julian Pardo de Zela*
                                       Steven L. Friedlander
                                       Julian Pardo de Zela
                                       Galen P. Sallomi

                                  Attorneys for Plaintiff JEFF SANTELICES


Dated: November 22, 2019          KIRKLAND & ELLIS LLP


                                  By:  /s/ *Ashley Littlefield*
                                       Ashley Littlefield
                                       Mark McKane

                                  Attorney for Defendants
                                  APTTUS CORPORATION
                                  PROJECT EVEREST PARENT, LLC
                                  PROJECT EVEREST HOLDINGS, LLC

| | |
|---|---|
| 1 | **SIGNATURE ATTESTATION** |
| 2 | I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, |
| 3 | concur in the filing's content and have authorized the filing. |

Dated: November 22, 2019

                                        */s/ Julian Pardo de Zela*
                                    JULIAN PARDO DE ZELA
                                    SV EMPLOYMENT LAW FIRM PC

                                    Attorney for Plaintiff JEFF SANTELICES

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/25/2019

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge