STEVEN L. FRIEDLANDER (SBN 154146)
JULIAN PARDO DE ZELA (SBN 246496)
GALEN P. SALLOMI (SBN 306743)
SV EMPLOYMENT LAW FIRM PC
160 Bovet Road, Suite 401
San Mateo, CA 94402
Telephone: (650) 265-0222
Facsimile: (650) 265-0223
Email: sfriedlander@svelf.com
julian.pardo.de.zela@svelf.com
gsallomi@svelf.com

RICHARD A. GRIMM (SBN 177463)
LAW OFFICE OF RICHARD GRIMM
2391 The Alameda, Suite 200
Santa Clara, CA 95050
Telephone (650) 248-5487
Facsimile (650) 618-9856
Email: richard@richardgrimm.com

Attorneys for Plaintiff JEFFREY SANTELICES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JEFFREY SANTELICES,**<br><br>Plaintiff,<br><br>vs.<br><br>**APTTUS CORPORATION; PROJECT EVEREST PARENT, LLC; PROJECT EVEREST HOLDINGS, LLC; and DOES 1 through 50,**<br><br>**Defendants.** | **Case No. 4:19-cv-07414-HSG**<br><br>**JOINT STIPULATION TO CONTINUE THE HEARING ON DEFENDANTS' MOTION TO DISMISS; ORDER**<br><br>**Notice of Removal Filed: November 8, 2019** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendants' Motion to Dismiss—which is currently scheduled for hearing on Thursday, January 30, 2020 at 2:00 p.m.—should be heard at the same time as Plaintiff's Motion To Remand This Case To The Superior Court Of California, San Mateo County and Plaintiff's Motion For Leave To File Second Amended Complaint—which are currently scheduled for hearing on Thursday, February 6, 2020 at 2:00 p.m. Accordingly, the Parties respectfully request that this Court reschedule the hearing on Defendants' Motion to Dismiss to Thursday, February 6, 2020 at 2:00 p.m. such that all three motions be heard at the same time.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Plaintiff hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Defendants' counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

**SO STIPULATED:**

Dated: January 10, 2020

**SV EMPLOYMENT LAW FIRM PC**

By:  */s/Galen Sallomi*

Steven L. Friedlander
Julian Pardo de Zela
Galen P. Sallomi
Attorneys for Plaintiff JEFF SANTELICES

Dated: January 10, 2020

**KIRKLAND & ELLIS LLP**

By:  */s/ Ashley Littlefield*

Ashley Littlefield
Attorney for Defendants APTTUS CORPORATION, PROJECT EVEREST PARENT, LLC; PROJECT EVEREST HOLDINGS, LLC

Pursuant to the parties' stipulation, **IT IS SO ORDERED**.  The hearing on Defendants' Motion to Dismiss is hereby rescheduled to Thursday, February 6, 2020 at 2:00 p.m.

Date: January 13, 2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

**ORDER**