STEVEN L. FRIEDLANDER (SBN 154146)
SCOTT E. ATKINSON (SBN 251996)
GALEN P. SALLOMI (SBN 306743)
SV EMPLOYMENT LAW FIRM PC
160 Bovet Road, Suite 401
San Mateo, CA  94402
Telephone:	(650) 265-0222
Facsimile:	(650) 265-0223
Email:	sfriedlander@svelf.com
	satkinson@svelf.com
	gsallomi@svelf.com

RICHARD A. GRIMM (SBN 177463)
LAW OFFICE OF RICHARD GRIMM
2391 The Alameda, Suite 200
Santa Clara, CA 95050
Telephone	(650) 248-5487
Facsimile	(650) 618-9856
Email:	richard@richardgrimm.com

Attorneys for Plaintiff JEFFREY SANTELICES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY SANTELICES,**<br><br>            **Plaintiff,**<br><br>        vs.<br><br>**APTTUS CORPORATION; PROJECT EVEREST PARENT, LLC; PROJECT EVEREST HOLDINGS, LLC; and DOES 1 through 50,**<br><br>            **Defendants.** | **Case No. 4:19-cv-07414-HSG**<br><br>**JOINT STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE; ORDER (as modified)**<br><br>**Notice of Removal Filed:  November 8, 2019** |

| | |
|---|---|
| 1 | WHEREAS the Initial Case Management Conference ("CMC") in this case is currently scheduled for Tuesday, February 11, 2020 at 2:00 p.m.; |
| 2 | |
| 3 | WHEREAS there are three motions set for hearing on Thursday, February 6, 2020 at 2:00 p.m., including Plaintiff's Motion to Remand this Case to the Superior Court Of California, San Mateo County, Plaintiff's Motion for Leave to File Second Amended Complaint, and Defendant's Motion to Dismiss (the "Motions"); |

WHEREAS the Initial Case Management Conference ("CMC") in this case is currently scheduled for Tuesday, February 11, 2020 at 2:00 p.m.;

WHEREAS there are three motions set for hearing on Thursday, February 6, 2020 at 2:00 p.m., including Plaintiff's Motion to Remand this Case to the Superior Court Of California, San Mateo County, Plaintiff's Motion for Leave to File Second Amended Complaint, and Defendant's Motion to Dismiss (the "Motions");

WHEREAS the determination of the Motions may affect the Court's jurisdiction in this matter;

WHEREAS continuing the CMC until after the Motions are determined would conserve the resources of the Court and the parties;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that the initial case management conference and all associated deadlines be continued until after this Court issues an order on the Motions. Accordingly, *the Parties respectfully request that this Court reschedule the case management conference to **Tuesday, April 7, 2020 at 2:00***, or at such date and time as is convenient for the Court.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Plaintiff hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Defendants' counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

**SO STIPULATED:**

Dated: January 21, 2020                      **SV EMPLOYMENT LAW FIRM PC**

By:       */s/ Galen P. Sallomi*

Steven L. Friedlander
Scott E. Atkinson
Galen P. Sallomi
Attorneys for Plaintiff JEFF SANTELICES

1
**JOINT STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE**

| | | |
|---|---|---|
| Dated: January 21, 2020 | | **KIRKLAND & ELLIS LLP** |
| | By: | */s/ Ashley Littlefield* |
| | | Ashley Littlefield |
| | | Attorney for Defendants APTTUS CORPORATION, PROJECT EVEREST PARENT, LLC; PROJECT EVEREST HOLDINGS, LLC |

**ORDER PURSUANT TO STIPULATION**

Pursuant to the parties' stipulation, **IT IS SO ORDERED**. The Initial Case Management Conference is hereby rescheduled to Thursday, February 6, 2020 at 2:00 p.m., to be held along with the pending motions hearings. All related deadlines are continued accordingly.

Date: January 22, 2020

HAYWOOD S. GILLIAM, JR.
United States District Judge

**ORDER**